ACCEPTED
15-25-00137-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 4:32 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00137-CV

IN THE COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 4:32:13 PM
CHRISTOPHER A. PRINE
Clerk

FOR THE FIFTEENTH APPELLATE DISTRICT OF TEXAS

RIVERSIDE STRATEGIC CAPITAL FUND I, L.P., RSCF BLOCKER TRUE HEALTH, LLC, RSCF I-A BLOCKER TRUE HEALTH, LLC,

*Appellants*,

v.

CLG INVESTMENTS, LLC, ET AL.,

*Appellees.*

On Appeal from the Business Court of Texas, First Division (1B)
Trial Court Case No. 25-BC01B-0006
Hon. Bill Whitehill, Presiding

## MICHAEL S. AVI-YONAH'S UNOPPOSED SWORN MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Pursuant to Rule XIX of the Rules Governing Admission to the Bar of Texas, I, Michael S. Avi-Yonah, hereby file this Unopposed Sworn Motion of Non-Resident Attorney for Admission Pro Hac Vice to appear

1

before this Court on behalf of Appellants in the above-captioned matter, and respectfully state as follows:

1.      I am an attorney with the law firm of Wachtell, Lipton, Rosen & Katz. My office address and contact information are as follows:

51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: msaviyonah@wlrk.com

I will be associated with Rogge Dunn in this proceeding who will personally participate in this case on behalf of Appellants. Mr. Dunn is a practicing attorney and a member in good standing with the State Bar of Texas. Mr. Dunn is concurrently filing an unopposed motion recommending that I be granted permission to participate in the proceeding before this Court. Mr. Dunn's Texas State Bar Number is 06249500, and his address and contact information are as follows:

ROGGE DUNN GROUP, PC
500 N. Akard St., Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833
Email: dunn@roggedunngroup.com

2

2. Within the past two (2) years, I have sought and was granted leave to appear in Texas courts in the following matter: *Riverside Strategic Capital Fund I, L.P. v. CLG Investments, LLC*, No. 25-BC01B-0006 (Tex. Bus. Ct. Jan. 23, 2025)

3. I am active and in good standing and admitted to practice in the State of New York (Bar Number 5977558) and the District of Columbia (Bar Number 90013935). I also hold an inactive admission to practice in Massachusetts (Bar Number 716934).

4. I have not been the subject of disciplinary action in the last five (5) years by the bar or courts of any jurisdiction in which I have been licensed.

5. I have not been denied admission to the courts of any state or to any federal court during the last five (5) years.

6. I am familiar with the State Bar Act, State Bar Rules, and Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas. I will at all times abide by and comply with the State Bar Act, State Bar Rules, and Texas Disciplinary Rules of Professional Conduct so long as this proceeding is pending and I have not withdrawn as counsel.

7.    Pursuant to § 82.0361 of the Texas Government Code, I have paid the non-resident attorney fee to the Board of Law Examiners and have received an acknowledgment letter issued by the Board of Law Examiners. This acknowledgment letter is attached to this Motion as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, I respectfully request that this Court grant this Unopposed Sworn Motion of Non-Resident Attorney for Admission Pro Hac Vice and allow me to appear before this Court until the conclusion of this proceeding.

Respectfully submitted,

*Michael S. Avi-Yonah*

_____
MICHAEL S. AVI-YONAH
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: msaviyonah@wlrk.com

## DECLARATION

My name is Michael S. Avi-Yonah and my business address is 51 West 52nd Street, New York, New York 10019. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on the 11th day of December, 2025.

_____
MICHAEL S. AVI-YONAH

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 10, 2025 counsel for Appellants conferred with all counsel for Appellees, who stated that they do not oppose the relief sought herein.

_____
ROGGE DUNN

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules on this 11th day of December, 2025.

_____
ROGGE DUNN

# Board of Law Examiners

Appointed by the Supreme Court of Texas

September 19, 2025

Constance Monte
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

> **Non-resident attorney: Michael S. Avi-Yonah**
>
> **Case: 15-25-00137-CV**
>
> **Texas court or body: Fifteenth Court of Appeals**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

**EXHIBIT A**

MAILING ADDRESS

Post Office Box 13486

Austin,Texas 78711-3486

TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300

WEBSITE: www.ble.texas.gov

STREET ADDRESS

205 West 14th Street, Ste.500

Austin, Texas 78701

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rogge Dunn
Bar No. 6249500
dunn@RoggeDunnGroup.com
Envelope ID: 109010475
Filing Code Description: Motion
Filing Description: M. Avi-Yonah Motion for Pro Hac Vice
Status as of 12/11/2025 4:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LaDawn Nandrasy | 4715800 | ladawn.nandrasy@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 12/11/2025 4:32:13 PM | SENT |
| Colin PBenton | | colin.benton@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Lanette Fidone | | lanette.fidone@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Samantha Tandy | | samantha.tandy@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Harvey Joseph | | Joseph@roggedunngroup.com | 12/11/2025 4:32:13 PM | SENT |
| Adam Gogolak | | AMGogolak@wlrk.com | 12/11/2025 4:32:13 PM | SENT |
| William Savitt | | WDSavitt@wlrk.com | 12/11/2025 4:32:13 PM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 12/11/2025 4:32:13 PM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 12/11/2025 4:32:13 PM | SENT |
| Rogge Dunn | | dunn@roggedunngroup.com | 12/11/2025 4:32:13 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 12/11/2025 4:32:13 PM | SENT |